# CERTIFICATE OF WORD COUNT

The undersigned certifies that, according to the word count feature in Microsoft Word, the Memorandum of Law in Support of Defendant's Motion for Judgment on the Pleadings [DE 22] contains 8,308 words, exclusive of the caption, signature lines, certificate of service and any cover page or index. This word count exceeds the 6,250 word limit outlined in Local Rule 7.3(d)(1). Defendant filed a Motion to Exceed the Word Count [DE 23] on April 10, 2023. Defendant hereby submits this Certificate of Word Count while awaiting a ruling on its Motion.

Respectfully submitted this 12th day of April, 2023.

JOSHUA H. STEIN
Attorney General

/s/ Laura H. McHenry
Laura H. McHenry
Special Deputy Attorney General
NC State Bar No. 45005
lmchenry@ncdoj.gov

North Carolina Department of Justice
PO Box 629
Raleigh, NC  27602
Tel: 919-716-6900
Fax: 919-716-6764

*Counsel for Defendant*